IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

**Donna J. Ebeling**

    Debtor(s).

CASE NO. 07-05415-CPM
CHAPTER 13

_____/

**REQUEST FOR NOTICE
AND REQUEST TO BE ADDED TO CREDITOR'S MATRIX**

TO:    THE HONORABLE BANKRUPTCY CLERK

COMES NOW, UNIVERSAL MORTGAGE CORPORATION, its Successors and/or Assigns, and files this Request for Notice. Movant hereby requests that any and all notices required under the Bankruptcy Rules and the Bankruptcy Code be sent to Echevarria, Codilis & Stawiarski, P.O. Box 25018, Tampa, Florida 33622-5018. Further, Movant requests that Debtor(s) attorney forward to Movant's attorney copies of all schedule(s), and/or proposed plan(s) filed with the Petition or subsequent thereto.

    Echevarria, Codilis & Stawiarski
    P.O. Box 25018
    Tampa, Florida 33622-5018
    Phone (813) 251-4766
    Fax (813) 251-1541

    By:  /s/ Peggy McNew Ballweg
    Peggy McNew Ballweg
    Florida Bar No. 0153753
    John C. Brock
    Florida Bar No. 0017516

FILE_NUMBER: B07024284            DOC_ID: M008900

*B07024284*            *M008900*